IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE CO., a Ohio corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARK DAVID STEVENS; HAWAIIAN KAMALII, INC. dba HAWAIIAN CANOE CLUB, a Hawaii non-profit corporation; HAWAIIAN CANOE RACING ASSOCIATION, a Hawaii non-profit corporation, KIHEI CANOE CLUB, a Hawaii non-profit corporation; MARK PEDRI; CATHERINE BELLAFIORE,<br><br>Defendants. | CASE NO. CV 18-00343 DKW-KJM (Declaratory Judgment)<br><br>STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES<br><br><br><br><br><br>Trial:  August 31, 2020 |

**STIPULATION AND NOTICE OF DISMISSAL
WITH PREJUDICE OF ALL CLAIMS AND PARTIES**

IT IS HEREBY STIPULATED, by and between the parties appearing in this action, through their undersigned counsel, that this action is hereby dismissed as to all claims and parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Additionally, whereas Defendant Mark Pedri was made a Defendant in this lawsuit by the Stipulation to Permit Filing of First Amended Complaint filed on January 14, 2019; and whereas Defendant Pedri thereafter failed to answer or

otherwise appear and defend, and a default was entered against him on April 30, 2019; and whereas default judgment has not yet been entered with respect to Defendant Mark Pedri, this serves as a Notice of Dismissal with Prejudice as to Defendant Mark Pedri, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

This Stipulation is signed by all parties who have appeared in this action. There are no remaining parties, claims and/or issues. Each party is to bear his, her, or its own costs and attorneys' fees.

Trial has been set for August 31, 2020.

DATED: Honolulu, Hawaii, March 9, 2020.

/s/ Ashley R. Shibuya
RICHARD B. MILLER
ASHLEY R. SHIBUYA
Attorneys for Plaintiff
PROGRESSIVE CASUALTY
INSURANCE CO.

/s/ Randolph R. Slaton
RANDOLPH R. SLATON.
JERROLD D.K. GUBEN
KRISTI L. ARAKAKI
Attorneys for Defendant
MARK DAVID STEVENS

/s/ Bruce H. Wakuzawa
BRUCE H. WAKUZAWA.
Attorney for Defendants
HAWAIIAN KAMALII, INC. dba
HAWAIIAN CANOE CLUB, and
HAWAIIAN CANOE RACING

ASSOCIATION

/s/ Stefan M. Reinke
STEFAN M. REINKE
Attorney for Defendant
CATHERINE BELLAFIORE

APPROVED AND SO ORDERED:

DATED: March 9, 2020 at Honolulu, Hawaii



Derrick K. Watson
United States District Judge

_____
Progressive Casualty Insurance Co. vs. Mark David Stevens, et al.; Civil No. CV 18-00343 DKW-KJM; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES